UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL WARD,

                Plaintiff,

v.

AMANDA, *et al.*,

                Defendants.

Case No. 3:25-cv-00067-ART-CSD

**ORDER**

On September 8, 2025, the Court entered an order denying Plaintiff Michael Ward's application to proceed *in forma pauperis* and directing him to pay the full $405 filing fee by October 8, 2025. (ECF No. 15.) According to the docket, two days before this deadline, Plaintiff's law firm emailed a copy of a letter with a photocopy of a check for the filing fee. (ECF No. 17.) However, as of the date of this order, the Court has not received this letter, nor has it received a check for the filing fee in this case.

The Court notes that the address listed on the letter is incorrect, as it is for a location housing state courts—not this federal district court. (*See* ECF No. 17 at 1.) To submit a filing to this Court in person or by mail, the correct address is: 333 Las Vegas Boulevard South, Las Vegas, NV 89101. In the interest of justice, the Court will grant Plaintiff an extension of time to remit payment to the correct address.

It is therefore ordered that Plaintiff must pay the $405 filing fee for this case by **October 30, 2025**.

It is further ordered that, if Plaintiff does not pay the filing fee by that deadline, this case will be dismissed.

DATED: October 16, 2025.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE