UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WARD,<br><br>                Plaintiff,<br><br>    v.<br><br>AMANDA, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-00067-ART-CSD<br><br>**ORDER** |

      This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The Court entered an order screening Plaintiff's first amended complaint on July 10, 2025. (ECF No. 12.) Counsel then entered an appearance on Plaintiff's behalf (ECF No. 14), and Plaintiff has now paid the full filing fee in this matter. (ECF No. 19.) This case will therefore proceed on the normal litigation track pursuant to the Federal Rules of Civil Procedure. Plaintiff is responsible for ensuring service of process within the time permitted by Rule 4(m). *See* Fed. R. Civ. P. 4(c)(1).

      DATED: October 24, 2025.

                                                          _____<br>
                                                          UNITED STATES MAGISTRATE JUDGE